# EXHIBIT 1

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH YEAR / MONTH / DAY |
|---|---|---|---|
| DYER BILLY LEON | M | 512 34 1200 | 1939 Oct 08 |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | 6b. PAY GRADE | 7. DATE OF RANK YEAR / MONTH / DAY |
|---|---|---|---|
| AIR FORCE RegAF | Capt | O-3 | 1971 Dec 20 |

| 8a. SELECTIVE SERVICE NUMBER | 8b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | 8c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE |
|---|---|---|
| NA | NA | Address Unknown Houston, TX |

| 9a. TYPE OF SEPARATION | 9b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Retirement | MacDill AFB, Fl. 33608 |

| 9c. AUTHORITY AND REASON | 9d. EFFECTIVE DATE YEAR / MONTH / DAY |
|---|---|
| | 1978 Jul 31 |

| 9e. CHARACTER OF SERVICE | 9f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | DD Form 363 AF | NA |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| 56 TFW (TAC) | USAFR |

| 13. TERMINAL DATE OF RESERVE/MAS OBLIGATION YEAR / MONTH / DAY | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD YEAR / MONTH / DAY |
|---|---|---|
| NA | Wichita, KS | 1971 Sep 22 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | 16b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| Procurement officer 6534 | Purchasing agent 162.158 | (a) NET ACTIVE SERVICE THIS PERIOD | 06 | 10 | 09 |
| | | (b) PRIOR ACTIVE SERVICE | 13 | 02 | 10 |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | 17b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | (c) TOTAL ACTIVE SERVICE (a + b) | 20 | 08 | 19 |
| Production officer 6524 | Manager industrial organization 189.118 | (d) PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | | (e) TOTAL SERVICE FOR PAY (c + d) | 20 | 08 | 19 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 03 | 10 | 06 |

| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (in Years) |
|---|---|
| ☒ YES ☐ NO  30 days | SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades) COLLEGE 4 YRS |

| 21. TIME LOST (Preceding Two Yrs.) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION a. TYPE / b. DATE COMPLETED |
|---|---|---|---|---|
| No time lost | -60- | ☐ $15,000 ☐ $5,000 ☒ $20,000.00 ☐ $10,000 ☐ NONE | ☒ NO ☐ YES AMOUNT None | *BI / 30 Mar 62 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED
AFGCMw/3OLC, AFLSAw/3OLC, AFEM, AFOUA, SAMER, NDSM, AFM 900-3,
AFCM SOG-8, HQ San Antonio Air Materiel.

27. REMARKS

Blood Gp: O Pos. DAFSC: 6534. Airborne radio operator course 1ASC29352, Jun 59.
OMT USAF MAPMO103, Dec 68. Mgt of value engineering course, Jul 69. Prin & app of
value engineering course, Oct 69. Introduction to Relib/maintb course, May 69. Gen
Proc officer course, Aug 70. Con mgmt officer course, Aug 70. Production management
course, Nov 71. Management 1, part 1 for Air Force supervisors course, Aug 74.
Contrac administration course, Jun 75. *Background investigation, OSI district #4,
filed at Bolling AFB, DC.
College(BS-BusAdmin)
Member requests copy of DD Form 214. B L D

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| c/o Marie Dyer ... N Geffrey Oklahoma City, OK 73118 | Billy L. Dyer |
| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER JOHN G. CHRISTIANSEN, MSGT, USAF NCOIC SEPARATIONS | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN /s/ John G. Christiansen |

DD FORM 214 NOV 72   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE   THIS IS AN IMPORTANT RECORD SAFEGUARD IT.   REPORT OF SEPARATION FROM ACTIVE DUTY